UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-CV-62091-WJZ

LUIS SIERRA,

    Plaintiff,

vs.

UB, INC. d/b/a NAPLES AUTO CENTER
#4 – MOBIL, and LAUDERDALE LAKES
INVESTMENT PARTNERS, LLC,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, LUIS SIERRA, (hereinafter referred to as "Plaintiff") by and through undersigned counsel, hereby notifies the Court that the Plaintiff and Defendants, UB, INC. d/b/a NAPLES AUTO CENTER #4 – MOBIL, and LAUDERDALE LAKES INVESTMENT PARTNERS, LLC (hereinafter referred to as "The Parties") are in the process of executing the Settlement Agreement and request twenty (20) days to finalize the settlement and file for dismissal of this matter. The Parties request that the Court stay all matters and pending deadlines in this Action and grant the Parties twenty (20) days to finalize their written settlement agreement and to submit the appropriate notices and/or motions to the Court regarding dismissal of the Action.

## CERTIFICATE OF SERVICE

I certify that on December 19, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via email transmission and via transmission of Notices of

Electronic Filing generated by CM/ECF.

Respectfully submitted,

**J & M ADVOCACY GROUP, LLC**
*Counsel for Plaintiff*
4651 Sheridan Street, Suite301
Hollywood, FL 33021
Telephone: (954) 962-1166
Facsimile: (954) 962-1779
Email: service@jmadvocacygroup.com

 /s/ Jessica L. Kerr
Jessica L. Kerr, Esq.
Florida Bar No. 92810

 /s/ Jaci R. Mattocks
Jaci R. Mattocks, Esq.
Florida Bar No. 115765