```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                    CASE NO. 16-62091-CIV-ZLOCH
```

LUIS SIERRA,

       Plaintiff,             **FINAL ORDER OF DISMISSAL**

vs.

UB, INC., and LAUDERDALE LAKES
INVESTMENT PARTNERS, LLC,

       Defendants.
_____/

    THIS MATTER is before the Court upon the Stipulation Of Dismissal With Prejudice (DE 21), filed herein by all Parties. The Court has carefully reviewed said Stipulation, the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The Parties' Stipulation Of Dismissal With Prejudice (DE 21) be and the same is hereby approved, adopted, and ratified by the Court;

    2. The above-styled cause be and the same is hereby **DISMISSED** with prejudice;

    3. The Court reserves jurisdiction solely for the purpose of enforcing the terms of the Parties' Settlement Agreement; and

    4. To the extent not otherwise disposed of herein, all pending motions are hereby **DENIED** as moot.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ____19th____ day of January, 2017.

                                           WILLIAM J. ZLOCH
                                           United States District Judge

Copies furnished:

All Counsel of Record